**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Ivan Williams, Appellant.

Appellate Case No. 2013-002423

_____

Appeal From Hampton County
Michael G. Nettles, Circuit Court Judge

_____

Unpublished Opinion No. 2017-UP-027
Submitted November 1, 2016 – Filed January 11, 2017

_____

**APPEAL DISMISSED**

_____

James Arthur Brown, Jr., of Law Offices of Jim Brown, P.A., of Beaufort, and Ivan Williams, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia; and Solicitor Isaac McDuffie Stone, III, of Bluffton, for Respondent.

_____

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.